BRIEFER, Respondent, v. STOLL et al., Appellants. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Julius Briefer against Joseph A. Stoll and another. W. B. Brice, for appellants. J. Rieger, for respondent. No opinion. Judgment affirmed, with costs.

BRONNER, Appellant, v. FULLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Emanuel Bronner against Bert Fuller. No opinion. Judgment affirmed, with costs.

BROOKER, Appellant, v. IRWIN, Respondent. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by William E. Brooker against Anna M. Irwin. C. P. Hallock, for appellant. J. M. Downes, for respondent. No opinion. Judgment affirmed, with costs.

BROOKS et al., Appellants, v. GLENS FALLS INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Warren H. Brooks and another against the Glens Falls Insurance Company.

PER CURIAM. Judgment affirmed, with costs.

ADAMS, P. J., not voting.

BROWN et al., Appellants, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Charles A. Brown and another against the city of New York and another. L. L. Kellogg, for appellants. T. Connoly, for respondents. No opinion. Appeal dismissed, with $10 costs and disbursements. See 76 N. Y. Supp. 26; 79 N. Y. Supp. 943.

BRYAN, Respondent, v. MADDEN, Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Charles A. Bryan against Matilda L. Madden impleaded with another. No opinion. Order (78 N. Y. Supp. 220) affirmed, with $10 costs and disbursements.

BURHANS & BLACK CO., Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by the Burhans & Black Company against Levi Cohen. No opinion. Judgment affirmed, with costs.

CAMA, Appellant, v. SOCIETA DI MUTUO SOCCORSO REGGIO VILLA, Respondent. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Guiseppe Cama against Societa Di Mutuo Soecorso Reggio Villa. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re CANAL PLACE. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the matter of Canal Place. J. A. Dunn, for appellant. J. P. Dunn, for respondent. No opinion. Order modified by reducing allowance to each commissioner to $1,000, and as so modified affirmed, without costs.

In re CARRINGTON. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) In the matter of the application of Charles S. Carrington for admission to the bar. No opinion. Application granted.

CARROLL, Respondent, v. ST. GABRIEL'S CATHOLIC CHURCH SOC. OF HAMMONDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1903.) Action by Charles E. Carroll against the St. Gabriel's Catholic Church Society of Hammondsport, New York. No opinion. Judgment and order affirmed, with costs.

In re CASSIDY'S ESTATE. (Supreme Court, Appellate Division, First Department. January 23, 1903.) In the matter of Ann Cassidy, deceased. No opinion. Motion granted on payment of $20 costs.

CASTAGNETTE, Respondent, v. NICCHIA, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Marie Castagnette against Charles Nicchia. No opinion. Motion denied.

CITIZENS' PERMANENT SAVINGS & LOAN ASS'N, Appellant, v. RAMPE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by the Citizens' Permanent Savings & Loan Association against Charles W. Rampe.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents. SPRING, J., not voting. See 74 N. Y. Supp. 192.

CITY OF NEW YORK, Appellant, v. DEAN et al., Respondents. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by the city of New York against William E. Dean and others. C. Mollen, for appellant. L. L. Kellogg, for respondents. No opinion. Judgment affirmed, with costs.